```
 1  DAVID L. ANDERSON (CABN 149604)
    United States Attorney
 2
    HALLIE HOFFMAN (CABN 210020)
 3  Chief, Criminal Division

 4  SUSAN KNIGHT (CABN 209013)
    Assistant United States Attorney
 5
        150 Almaden Boulevard, Suite 900
 6      San Jose, California 95113
        Telephone: (408) 535-5056
 7      FAX: (408) 535-5061
        Email: Susan.Knight@usdoj.gov
 8
    Attorneys for United States of America
 9
```

|  |  |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| | SAN JOSE DIVISION |

| UNITED STATES OF AMERICA, | ) No. CR 19-00310 SVK |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER REQUESTING THAT THE TRIAL DATE BE VACATED AND A CHANGE OF PLEA HEARING BE SCHEDULED** |
| v. | ) |
| ANDERSON EDUVIGES RAFAEL-GODOY, | ) |
| Defendant. | ) |

The undersigned parties respectfully request that the trial in the above-captioned matter scheduled for May 27, 2020 and the pretrial filing dates be vacated. The parties have reached a disposition in which Mr. Rafael-Godoy will enter a guilty plea to a Superseding Information containing a reduced charge. The parties request that a change of plea hearing be scheduled for June 9, 2020 at 10:30 a.m.

SO STIPULATED.

DATED: 4/29/20                              DAVID L. ANDERSON
                                            United States Attorney

                                            /s/
                                            SUSAN KNIGHT
                                            Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
CR 19-00310 SVK

DATED: 4/29/20

/s/
TAMARA A. CREPET
Assistant Federal Public Defender

### [PROPOSED] ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the May 27, 2020 trial date and all other pretrial filing dates are vacated. A change of plea hearing shall be scheduled for June 9, 2020 at 10:30 a.m.

SO ORDERED.

DATED:   April 29, 2020

HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge